# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| MAGHSOUD TAGHAVI | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-CV-1735-S-BN |
| | § | |
| BROOKLYN SPECIALTY INSURANCE COMPANY RRG, INC. | § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("FCR") [ECF No. 21].

Accordingly, the Court **GRANTS** Defendant's 12(b)(6) Motion to Dismiss Plaintiff's Stowers Liability, Breach of Contract, and Insurance Code Claims [ECF No. 11]. While Plaintiff's proposed Second Amended Complaint for Declaratory Judgment [ECF No. 24] does not adequately remedy the deficiencies identified in the FCR, given the arguments raised in Plaintiff's Objections to the FCR and Motion for Leave to File Second Amended Complaint [ECF No. 23], the Court **GRANTS** Plaintiff leave to amend the Complaint. The Court **ORDERS** Plaintiff to file any revised amended complaint by no later than **March 25, 2026**. If Plaintiff does not do so, the Court will enter judgment dismissing this lawsuit with prejudice without further notice.

Finally, in light of this Order, the Court **TERMINATES AS MOOT** Plaintiff's Motion for Leave to File Amended Complaint [ECF No. 15].

**SO ORDERED.**

SIGNED March 11, 2026.

_____
**UNITED STATES DISTRICT JUDGE**